Troutman Pepper Locke LLP
600 Travis St., Suite 2800
Houston, TX 77002

troutman.com

ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 5:15 PM
CHRISTOPHER A. PRINE
CLERK

**Deanna Willson**
D 713.226.1467
deanna.willson@troutman.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 5:15:59 PM
CHRISTOPHER A. PRINE
Clerk

November 13, 2025

**VIA EFILE TEXAS**
Christopher Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:  Cause No. 15-25-00011-CV: Appellants' request for leave to file a response to the sur-reply brief filed by Appellee Gensetix, Inc. (Unopposed)

To the Honorable Fifteenth Court of Appeals,

Appellants, The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer System, respectfully seek leave to file a response to address matters raised in Appellee's sur-reply brief filed with this Court on October 31, 2025.  Appellants did not oppose Appellee's request for leave to file a sur-reply to address this Court's *Curadev* opinion, as that opinion was issued after Appellee's Reply was filed. Appellee, however, went beyond that to argue various other issues – both legal and factual. Appellants seek leave to address Appellee's arguments in their sur-reply as well as the other arguments raised by Appellee.

Appellants have conferred about this request and counsel for Appellee states that Appellee does not oppose this request for leave.

If you have any questions, please do not hesitate to contact me at 713-226-1467.

Sincerely,

Troutman Pepper Locke LLP

By: _____
Deanna Markowitz Willson
Litigation Partner

cc:  Counsel for Appellee

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Santa Garcia on behalf of Deanna Willson
Bar No. 24092759
sgarcia@lockelord.com
Envelope ID: 108036975
Filing Code Description: Motion
Filing Description: Request for Leave to File a Response to Sur-Reply Brief
Status as of 11/14/2025 7:57 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 11/13/2025 5:15:59 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/13/2025 5:15:59 PM | SENT |
| Thomas FLoose | | tom.loose@troutman.com | 11/13/2025 5:15:59 PM | SENT |
| David E.Harrell | | David.Harrell@troutman.com | 11/13/2025 5:15:59 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 11/13/2025 5:15:59 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 11/13/2025 5:15:59 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 11/13/2025 5:15:59 PM | SENT |
| Cabrach Connor | | Cab@CLandS.com | 11/13/2025 5:15:59 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 11/13/2025 5:15:59 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 11/13/2025 5:15:59 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 11/13/2025 5:15:59 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 11/13/2025 5:15:59 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 11/13/2025 5:15:59 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 11/13/2025 5:15:59 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 11/13/2025 5:15:59 PM | SENT |
| Alyssa  Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 11/13/2025 5:15:59 PM | ERROR |